UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHASE BANK USA, N.A., | ) | |
| Plaintiff, | ) | Case No. 2:07-cv-00975-ECR-GWF |
| vs. | ) | **ORDER** |
| NAES, INC., *et al.*, | ) | **Motion to Withdraw as Counsel (#23)** |
| Defendants. | ) | |

This matter is before the Court on Jonathan J. Hansen's Motion to Withdraw as Attorney for Defendant NAES, Inc. (#23), filed on February 19, 2008, and Defendants' Response/Non-Opposition to Motion to Withdraw Filed by Counsel for NAES, Inc. (#24), filed on February 19, 2008. To date, Defendant NAES, Inc. has not filed an opposition to this motion, and the time for opposition has now expired. Furthermore, the movant substantially establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Jonathan J. Hansen's Motion to Withdraw as Attorney for Defendant NAES, Inc. (#23) is **granted**.

**IT IS FURTHER ORDERED** that Jonathan J. Hansen shall provide a copy of this Order to Defendant Michael Fitzpatrick, principal and/or agent of Defendant NAES, Inc., along with proof of service to this Court.

**IT IS FURTHER ORDERED** that Defendant NAES, Inc. shall have until **April 10, 2008** to retain new counsel. A corporation may appear in federal court only through licensed counsel. *U.S. v.*

*High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). If Defendant corporation intends to continue to defend this matter, it is required to obtain legal counsel.

**IT IS FURTHER ORDERED** that the Clerk shall add the last known address of Defendant NAES, Inc. to the civil docket at 217 Cedar St. #288, Sandpoint, ID 83864.

DATED this 11th day of March, 2008.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**