```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA


CHASE BANK USA, N.A.,              )   2:07-CV-00975-ECR-GWF
                                   )
     Plaintiff,                    )   MINUTES OF THE COURT
                                   )
vs.                                )   DATE: MAY 20, 2008
                                   )
NAES, INC., et al.,                )
                                   )
     Defendants.                   )
_____)
```

PRESENT:       EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:   ROSEMARY DAMRON         Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                 NONE APPEARING

Counsel for Defendant(s)                 NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

     On May 2, 2008, the Magistrate Judge entered his recommendation (#39) that Defendant NAES, Inc.'s Answer should be stricken and default entered in this case in favor of Plaintiff and against Defendant NAES, Inc.

     No objection has been filed to the recommendation (#39) and it is well taken. The recommendation (#39) is **APPROVED** and **ADOPTED**.

     **IT IS, THEREFORE, HEREBY ORDERED** that Defendant NAES, Inc.'s Answer is **STRICKEN** and default is entered in this case in favor of Plaintiff and against Defendant NAES, Inc.

                                              LANCE S. WILSON, CLERK

                                              By        /s/
                                                  Deputy Clerk