UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHASE BANK USA, N.A., | ) | 2:07-CV-00975-ECR-GWF |
| Plaintiff, | ) | MINUTES OF THE COURT |
| vs. | ) | DATE: MAY 27, 2010 |
| NAES, INC., et al., | ) | |
| Defendants. | ) | |

PRESENT:      EDWARD C. REED, JR.                              U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN       Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

On May 4, 2010, the Magistrate Judge filed an Order (#138) granting Plaintiff's Emergency Motion to Compel Discovery Responses and Request for Sanctions (#121) and recommending Defendant Stellar Service Group's Answer (#128) to the First Amended Complaint (#64) be stricken and that default be entered.

No objections have been timely filed and no timely appeal taken from the Magistrate Judge's Order (#138).

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#138) is well taken and is **APPROVED** and **ADOPTED**.  **IT IS, THEREFORE, HEREBY ORDERED** that Defendant Stellar Service Group's Answer (#128) to the First Amended Complaint is **STRICKEN**.

**IT IS FURTHER ORDERED** that the Clerk shall enter a default against Defendant Stellar Service Group.

LANCE S. WILSON, CLERK

By      /s/
         Deputy Clerk