```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

| | |
|---|---|
| CHASE BANK USA, N.A., | ) 2:07-CV-00975-ECR-GWF |
|     Plaintiff, | ) MINUTES OF THE COURT |
| vs. | ) DATE: JULY 15, 2010 |
| NAES, INC., et al., | ) |
|     Defendants. | ) |

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN      Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    Defendant Michael Fitzpatrick has failed to respond to our Order (#144), permitting him an additional period of time to respond to Plaintiff's motion for summary judgment (#139). Plaintiff, therefore, is entitled to summary judgment with respect to Mr. Fitzpatrick.

    The Clerk has entered default against all the remaining defendants except Christopher Robinson, who was served by publication and has not appeared in the case. Plaintiff has not filed, however, a motion for default judgment with respect to those defendants against whom default has been entered by the Clerk. Nor has Plaintiff indicated whether it intends to proceed with prosecution of the case with respect to Mr. Robinson. Plaintiff should not delay any further in taking the steps necessary to bring this case to a close.

    **IT IS HEREBY ORDERED** that the Motion for Summary Judgment (#139), filed by Plaintiff on May 19, 2010, is **GRANTED** with respect to Defendant Michael Fitzpatrick.

    **IT IS FURTHER ORDERED** that Plaintiff shall have fourteen (14) days within which to file a motion for default judgment with respect to those defendants against whom default has been entered by the Clerk, and to indicate to the Court whether Plaintiff intends to further prosecute this action with respect to Mr. Robinson.

                                       LANCE S. WILSON, CLERK

                                       By       /s/
                                            Deputy Clerk