AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Chase Bank USA, N.A.

Plaintiff,

V.

NAES Inc et al

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:07-CV-0975 ECR-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff and against Defendants Michael Fitzpatrick, Theresa Lynn Matson, Stellar Services Group, and NAES Inc in the amount of $3,499,835.21.

| August 23, 2010 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Eileen Sterba |
| | (By) Deputy Clerk |